# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 11-468-06 |
| WILLIAM TORRES : | |

## ORDER

**AND NOW**, this 19th day of December 2012, upon consideration of Defendant's Motion to Suppress [Doc. No. 222] and the Government's response thereto, and after a hearing on September 6, 2012, and for the reasons set forth in the accompanying Memorandum Opinion, it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part. It is granted as to the evidence found during the search of Torres's person, and denied as to all evidence found inside 1812 East Tusculum Street.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**